**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | Case No.  20-cv-6953 |
| | ) | |
| WALMART INC. d/b/a WALMART #1938 | ) | |
| | ) | |
| Defendant. | ) | |

**<u>NOTICE OF REMOVAL</u>**

NOW COMES **Defendant WALMART INC.**, by and through its attorneys James P. Balog and Lucas Sun, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removes this action to the United States District Court for the Northern District of Illinois, and in support thereof, states as follows:

<u>PLEADINGS AND BACKGROUND</u>

1. The movant's Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332.

2. This matter arises out of an incident which occurred on May 18, 2020 at the Walmart Store located at 7050 S. Cicero Avenue, Bedford Park, Illinois. Plaintiff filed a Complaint in the Circuit Court of Cook County, Law Division, styled <u>ANA CRISTINA ESCOBAR v. WALMART INC.</u>, bearing Case No. 2020 L 009447. (*See* Exhibit A, Plaintiff's Complaint at Law).

3. Defendant first received Plaintiff's Complaint when it was served with process on September 24, 2020. (*See* Exhibit B, Service of Process).

4. In response to the Complaint, Defendant filed its Appearance and Jury Demand on October 29, 2020. (*See* Exhibit C, Defendant's Appearance and Jury Demand).

1

## BASIS FOR DIVERSITY

5. Both at the time of the commencement of the State Court action and at the present time, Defendant Walmart is a Delaware Corporation and its executive headquarters are located in Bentonville, Arkansas. (*See* Exhibit D, Arkansas Secretary of State Business Information Search for Walmart).

6. A corporation has a single principal place of business where its executive headquarters are located. *Metropolitan Life Ins. Co. v. Estate of Cammon*, 929 F.2d 1220, 1223 (7th Cir. 1991). Therefore, at all pertinent times, Defendant Walmart was a citizen of Arkansas and Delaware.

7. Defendant issued Requests to Admit to Plaintiff. Plaintiff admitted on November 12, 2020 that she was and is a citizen of Illinois and that the amount in controversy exceeded $75,000. (Exhibit E, Request to Admit Responses).

8. With the first notice that the claimed amount in controversy exceeded $75,000 and that Plaintiff is a citizen of Illinois (thereby fulfilling diversity requirements) occurring on or about November 12, 2020, this Notice was filed within thirty (30) days of "receipt by the defendant[s], through service or otherwise, of a copy of an amended pleading, motion, order, or other paper from which it may be first ascertained that the case is one which is or has become removable." 28 U.S.C. § 1446(b)(3).

9. As required by 28 U.S.C. § 1446(d), the movant will promptly serve upon Plaintiff's counsel, and file with the Circuit Court of Cook County, a true and correct copy of this Notice.

10. By removing this action, Defendant does not waive any defenses available to it.

11. If any question arises as to the propriety of the removal of this action, the movant requests the opportunity to present a brief and oral argument in support of its position that this case is removable.

12. This Notice is signed and in compliance with Rule 11 of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant WALMART INC., prays that this Honorable Court retain jurisdiction of the matter pursuant to 28 U.S.C. §§ 1332, 1441, and 1446.

Dated: November 20, 2020

Respectfully submitted,

O'HAGAN MEYER LLC
By:
s/Lucas Sun
One of the Attorneys for Defendant
Walmart Inc.

James P. Balog, Esq.
Lucas Sun, Esq.
O'Hagan Meyer, LLC
One East Wacker Drive, Suite 3400
Chicago, IL 60601
Tel: 312-422-6100 / Fax: 312-422-6110
jbalog@ohaganmeyer.com
lsun@ohaganmeyer.com

3