```
* 5 0 0 3 2 4 4 2 *
```

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. |
| v. | ) | |
| | ) | |
| | ) | Amount claimed: |
| WALMART INC. d/b/a | ) | In Excess of $50,000.00 |
| WALMART #1938 | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS

**To:** See attached service list

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

WITNESS_____
9/2/2020 5:27 PM DOROTHY BROWN
_____
DOROTHY BROWN, Clerk of Court

Cook County Atty. No. 59801
Adam S. Goldfarb, Esq.
GOLDFARB LAW
Attorney for Plaintiff
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477-4653 (Phone)

Date of Service _____, 2020
(To be inserted by officer on copy left with defendant or other person)

**12-Person Jury**

\* 5 0 0 3 2 4 4 2 \*

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| ANA CRISTINA ESCOBAR, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | Amount claimed: |
| WALMART INC. d/b/a ) | In Excess of $50,000.00 |
| WALMART #1938 ) | |
| ) | **JURY TRIAL DEMANDED** |
| Defendant. ) | |

## COMPLAINT AT LAW

Now comes the Plaintiff, ANA CRISTINA ESCOBAR, by and through her attorneys, GOLDFARB LAW, and for her Complaint at Law against the Defendant, WALMART INC., d/b/a WALMART #1938, states as follows:

### COUNT I – PREMISES LIABILITY

1. At all times relevant hereto, ANA CRISTINA ESCOBAR ("Plaintiff") is an individual who resides in Chicago, Cook County, Illinois.

2. At all times relevant hereto, WALMART INC. ("Defendant") is a foreign corporation doing business as WALMART #1938 in Cook County, Illinois.

3. At all times relevant hereto, Defendant owned, operated, and managed a retail store doing business as WALMART #1938 which is located at 7050 S. Cicero Avenue, Bedford Park, IL 60638 (herein after referred to as the "Premises").

4. On May 18, 2020, Plaintiff was lawfully present on the Premises as a business patron, invitee and customer of the aforementioned Premises.

5. At all times relevant hereto, Plaintiff exercised due care and caution for her own safety and for the safety of others.

6. At all relevant times, Defendant through their agents, employees and/or servants were responsible for the maintenance, inspection and cleaning of the Premises.

7. On May 18, 2020, at approximately 12:30 p.m., Plaintiff was walking in the bicycle/toy area aisle of the Defendant's Premises when she was caused to slip and fall on a piece of debris that had been left on the floor of the Premises.

8. On at all times relevant, Defendant, through their agents, employees, managers and/or servants had actual and/or constructive notice of the unsafe condition existing on Defendant's Premises due to the existence of the debris that that had been left on the floor of the Premises.

9. On May 18, 2020, Defendant through their agents, employees, managers and/or servants owed a duty of care to Plaintiff to use reasonable care to maintain and see that said Premises were in a reasonably safe condition for the safety and for the use of those lawfully on the premises, including the Plaintiff as a business patron, invitees and customer of the Defendant's Premises and others lawfully present upon said Premises.

10. On May 18, 2020, Defendant through their agents, employees and/or servants breached their duty of care owed to the Plaintiff.

11. Notwithstanding said duty, at said time and place, Defendant, by and through its agents, employees, managers and/or servants was guilty of one or more of the following careless and negligent acts or omissions:

    (a)    Negligently allowed the aisle of the Premises to remain inadequately maintained, thereby causing a hazardous, dangerous and unsafe condition for business patrons, invitees, customers, including the Plaintiff and others lawfully present on said Premises;



(b)  Negligently failed to exercise ordinary care to keep and maintain said Premises in a proper and safe condition by allowing debris to be left on the floor at or near the bicycle/toy area aisle of Defendant's Premises;

(c)  Negligently failed to inspect the Premises, thereby failing to keep the Premises in a proper and safe condition by allowing debris to be left on the floor at or near the bicycle/toy area aisle of Defendant's Premises;

(d)  Negligently failed to properly remove and clean the debris that had been left on the floor of the Premises, at or near the bicycle/toy aisle of Defendant's Premises with knowledge of its dangerous condition;

(e)  Negligently failed to take reasonable precautions to prevent injury to Plaintiff due to the hazardous, dangerous and unsafe condition on the Premises by allowing debris to be left on the floor at or near the bicycle/toy area aisle of Defendant's Premises which was under Defendant's control;

(f)  Negligently failed to warn Plaintiff of the hazardous, dangerous and unsafe condition of the debris existing on the Premises when the Defendant, knew or should have known of the hazardous, dangerous and unsafe condition of the debris on the Premises;

(g)  Negligently failed to provide adequate lighting to persons lawfully present on the Defendant's Premises;

(h)  Negligently permitted persons lawfully on the Premises, including the Plaintiff to walk in the bicycle/toy aisle when the Defendant knew, or by the exercise of reasonable care should have know of its dangerous dark and debris laden condition; and

(i)  Was otherwise negligent and/or careless in the maintenance, inspection and cleaning of the Premises to cause the debris to be left on the floor of the Premises due to the negligence of the agents, employees and/or servants of Defendant to allow the dangerous and unsafe condition on the Premises.

12.  As a direct and proximate result of one or more of the foregoing acts and/or omissions of Defendant, Plaintiff slipped and fell on the debris that had been left in the bicyle/toy area aisle of Defendant's Premises.

13.  As a direct and proximate result of Plaintiff's slip and fall, Plaintiff sustained an injury to her right knee that necessitated surgery.

3

14. As a direct and proximate result of Plaintiff's slip and fall, Plaintiff suffered and will continue to suffer injuries of a personal and pecuniary nature.

15. Defendant's negligence is the proximate cause of the damages and injuries sustained to the Plaintiff. Plaintiff was hurt in her health, strength and activity, suffered severe injuries to her body, all of which have caused, and continue to cause, Plaintiff great emotion, physical and pain and suffering. Plaintiff is informed and believes and thereon alleges these injuries will result in significant future permanent injuries and partial disability, all to her general damages.

16. By reason of the foregoing, Defendant is liable for, and Plaintiff is entitled to recover, her general, special, actual and compensatory damages, including, but not limited to, her necessary past, present and future medical and related expenses, pain, present and future pain & suffering, past, present and future disfigurement, past, present and future loss of normal life and past, present and future loss of earnings and wages in an amount presently unknown but exceeding the minimum jurisdictional limit of this Court and as proven at time of trial.



WHEREFORE, Plaintiff, ANA CRISTINA ESCOBAR, demands judgment against Defendant, WALMART INC., d/b/a WALMART #1938 in an amount in excess of $50,000.00, plus costs.

                                              Respectfully Submitted,
                                              GOLDFARB LAW

                                              Adam S. Goldfarb, Attorney
                                              for Plaintiff Ana Cristina Escobar

Adam S. Goldfarb, Esq.
GOLDFARB LAW
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477-4653 (Phone)
(213) 536-2015 (Fax)
adam@adamgoldfarblaw.com (Email)
Cook County Attorney Code: 59801

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

ANA CRISTINA ESCOBAR, )
)
       Plaintiff, ) Case No.
)
v. )
)  Amount claimed:
WALMART INC. d/b/a ) In Excess of $50,000.00
WALMART #1938 )
)
       Defendant. )

## JURY DEMAND

The Plaintiff ANA CRISTINA ESCOBAR hereby demands a 12-Man jury trial for all causes of action in the Complaint.

                      Respectfully submitted,
                      GOLDFARB LAW

                      Adam S. Goldfarb, Attorney
                      for Plaintiff Ana Cristina Escobar

Adam S. Goldfarb, Esq.
GOLDFARB LAW
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477- 4653 (Phone)
(213) 536-2015 (Fax)
adam@adamgoldfarblaw.com (Email)
Cook County Attorney Code: 59801

\* 5 0 0 3 2 4 4 2 \*

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| Plaintiff, | ) ) ) | Case No. |
| v. | ) ) ) | Amount claimed: |
| WALMART INC. d/b/a WALMART #1938 | ) ) ) | In Excess of $50,000.00 |
| Defendant. | ) ) | |

## AFFIDAVIT

I, Adam S. Goldfarb, first being duly sworn on oath, depose and state as follows:

1. The damages claimed by the Plaintiff exceeds the sum of FIFTY THOUSAND DOLLARS ($50,000.00).

FURTHER AFFIANT SAYETH NOT.

_____
Adam S. Goldfarb, Attorney for Plaintiff

## VERIFICATION

Under penalties as provided by law pursuant to 735 ILCS 5/1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
Adam S. Goldfarb

\* 5 0 0 3 2 4 4 2 \*

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | Amount claimed: |
| WALMART INC. d/b/a | ) | In Excess of $50,000.00 |
| WALMART #1938 | ) | |
| | ) | |
| Defendant. | ) | |

**SUMMONS**

**To:** See attached service list

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

WITNESS_____

9/2/2020 5:27 PM DOROTHY BROWN
_____
DOROTHY BROWN, Clerk of Court

Cook County Atty. No. 59801
Adam S. Goldfarb, Esq.
GOLDFARB LAW
Attorney for Plaintiff
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477-4653 (Phone)



Date of Service _____, 2020
(To be inserted by officer on copy left with defendant or other person)

## SERVICE LIST

Walmart Inc.
d/b/a Walmart #1938
c/o registered agent: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604

\* 5 0 0 3 2 4 4 2 \*

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | Amount claimed: |
| WALMART INC. d/b/a | ) | In Excess of $50,000.00 |
| WALMART #1938 | ) | |
| | ) | |
| Defendant. | ) | |

## SUMMONS

**To:** See attached service list

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee **within thirty (30) days after service of this Summons**, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

WITNESS_____
9/2/2020 5:27 PM DOROTHY BROWN
_____
DOROTHY BROWN, Clerk of Court

Cook County Atty. No. 59801
Adam S. Goldfarb, Esq.
GOLDFARB LAW
Attorney for Plaintiff
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477-4653 (Phone)



Date of Service _____, 2020
(To be inserted by officer on copy left with defendant or other person)

## SERVICE LIST

Walmart Inc.
d/b/a Walmart #1938
c/o registered agent: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604



```
* 5 0 0 3 2 4 4 2 *
```

FILED
9/2/2020 5:27 PM
DOROTHY BROWN
CIRCUIT CLERK
COOK COUNTY, IL
2020L009447

10326108

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| ANA CRISTINA ESCOBAR, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | |
| | ) | Amount claimed: |
| WALMART INC. d/b/a | ) | In Excess of $50,000.00 |
| WALMART #1938 | ) | |
| | ) | |
| Defendant. | ) | |

### SUMMONS

**To:** See attached service list

**To each Defendant:**

YOU ARE SUMMONED and required to file an answer to the complaint in this case, a copy of which is hereto attached, or otherwise file your appearance and pay the required fee within thirty (30) days after service of this Summons, not counting the day of service. To file your answer or appearance you need access to the internet. Please visit www.cookcountyclerkofcourt.org to initiate this process. Kiosks with internet access are available at all Clerk's Office locations. Please refer to the last page of this document for location information. **IF YOU FAIL TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE RELIEF ASKED IN THE COMPLAINT, A COPY OF WHICH IS HERETO ATTACHED.**

**To the Officer:**

This Summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this Summons shall be returned so endorsed. This Summons may not be served later than thirty (30) days after its date.

E-filing is now mandatory for documents in civil cases with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit https://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider. If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/FAQ/gethelp.asp.

WITNESS_____
9/2/2020 5:27 PM DOROTHY BROWN
_____
DOROTHY BROWN, Clerk of Court

Cook County Atty. No. 59801
Adam S. Goldfarb, Esq.
GOLDFARB LAW
Attorney for Plaintiff
3580 Wilshire Blvd., Suite 1260
Los Angeles, CA 90010
(310) 477-4653 (Phone)



Date of Service _____, 2020
(To be inserted by officer on copy left with defendant or other person)

**SERVICE LIST**

Walmart Inc.
d/b/a Walmart #1938
c/o registered agent: CT Corporation System
208 South LaSalle St., Suite 814
Chicago, IL 60604